UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY DRAKE,<br><br>       Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>       Defendant | Case No: CV11-3246 SVW(SSx)<br><br>**ORDER DISMISSING ENTIRE ACTION<br>WITH PREJUDICE**<br><br>JS-6 |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE